# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Alderman Building Co., Inc. | ) ASBCA Nos. 60828, 60863 |
| | ) |
| Under Contract No. N40085-10-D-0257 | ) |

APPEARANCE FOR THE APPELLANT:     Marilyn H. David, Esq.
                                  D'Iberville, MS

APPEARANCES FOR THE GOVERNMENT:   Craig D. Jensen, Esq.
                                   Navy Chief Trial Attorney
                                  Nicole R. Best, Esq.
                                  D'Ontae D. Sylvertooth, Esq.
                                   Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  August 8, 2018

MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60828, 60863, Appeals of Alderman Building Co., Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals